UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00311

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | )<br>)<br>) |
| Vs. | ) **ORDER** |
| **PAUL ANDY STIEP**, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. No. 508).

**ORDER**

**IT IS ORDERED** that within 30 days the Government shall file a response to Defendant's motion.

*[signature]*

Max O. Cogburn Jr.
United States District Judge